# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ROX-ANN REIFER, : No. 979 MAL 2015
:
          Petitioner : Petition for Allowance of Appeal from
: the Order of the Superior Court
:
      v. :
:
:
WESTPORT INSURANCE COMPANY, :
:
          Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.